ACCEPTED

TWELFTH COURT OF APPEALS
TYLER, TEXAS
1/13/2015 4:07:39 PM
CATHY LUSK
CLERK

NO. _____

In the Court of Appeals
Twelfth Judicial District
Tyler, Texas

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
1/13/2015 4:07:39 PM
CATHY S. LUSK
Clerk

**IN RE COUNSEL FOR GOUGHNOUR, Relators**

## EMERGENCY MOTION FOR TEMPORARY RELIEF

(*Filed contemporaneously with a Petition for Writ of Mandamus*)

From the 241st District Court of Smith County, Texas

### I. SUMMARY OF MOTION

Simultaneously with this motion, Relators are filing a Petition for Writ of Mandamus seeking review of a sanctions order signed by Respondent; the underlying case is pending in the 241st District Court of Smith County under Cause No. 11-2216-C. Relators' petition shows that the sanctions order was an abuse of Respondent's discretion and that they are entitled to mandamus relief. Relators request that the Court of Appeals stay the sanctions order (and any attempt to enforce the sanctions order) while it considers the merits of their petition and challenges to the sanctions order.

## II. BACKGROUND

Relators are attorneys representing Deborah Patterson (Howard) Goughnour, remainder beneficiary of the Deborah Patterson Howard Trust, in the matter styled *In re the Deborah Patterson Howard Trust*, Cause No. 11-2216-C pending before the 241st District Court of Smith County, Texas, a suit involving claims that the real party in interest, Robert H. Patterson, Jr., breached his fiduciary duty as trustee of the Deborah Patterson Howard Trust. On April 22, 2014, Respondent, the Hon. Jack Skeen, Jr., presiding judge of the 241st District Court, ordered that Relators pay $14,000 in attorneys' fees to the Deborah Patterson Howard Trust as a monetary sanction under Texas Rule of Civil Procedure 215.3 and held each of Relators jointly and severally liable for such payment (the "Sanctions Order"). Relators seek relief from this Sanctions Order.

As discussed in their Petition for Writ of Mandamus, Relators are entitled to mandamus relief because (a) Respondent abused his discretion (i) by sanctioning Relators for conduct that is not a violation of any discovery rule or order, (ii) by sanctioning Relators (who are not "parties") under a rule which only permits sanctions against "parties," (iii) by sanctioning all five Relators jointly and severally when there was no relationship between the sanctioned conduct and four of the five Relators, (iv) by awarding attorney's fees without the necessary evidence required by the Texas Supreme Court in *Long v. Griffin* and *El Apple I, Ltd. v. Olivas*, (v) by

failing to consider the availability of less stringent sanctions as required by the Texas Supreme Court in *TransAmerican Natural Gas Corp. v. Powell* and *American Flood Research, Inc. v. Jones*, and (vi) by disregarding Texas Rule of Civil Procedure 191.2 and the Smith County Local Rules, and because (b) Relators have no adequate appellate remedy.

### III. EMERGENCY

On September 17, 2014, the real party in interest moved for an order holding Relators in contempt for failing to comply with the Sanctions Order. On December 5, 2014, Respondent signed a show cause order requiring Relators to appear in the courtroom of the 241st District Court of Smith County, Texas on January 21, 2015 at 9:00 a.m. "to then and there show cause why [Relators] have not complied with the [Sanctions Order]." If the Court of Appeals does not stay the Sanctions Order, Relators may be held in contempt for failing to comply with a void order and subjected to loss of property and/or liberty while this extraordinary proceeding is pending.

### IV. PRAYER

WHEREFORE, premises considered, Relators respectfully request that the Court of Appeals stay the Sanctions Order until the Court of Appeals issues its ruling in this extraordinary proceeding, and Relators respectfully request such other and further relief to which they are justly or equitably entitled.

Respectfully submitted,
BEARD & HARRIS, P.C.
& CANTEY HANGER, LLP

By:_____*/s/ Jim E. Bullock*_____

    Ty Beard
    State Bar No. 00796181
    Donald Harris
    State Bar No. 00796709
    Craig Daugherty
    State Bar No. 05404300
    BEARD & HARRIS, P.C.
    100 Independence Place,
    Suite 101
    Tyler, Texas 75703
    Telephone:  (903) 509-4900
    Facsimile:  (903) 509-4908
    ty@beardandharris.com
    don@beardandharris.com
    craig@beardandharris.com

    Jim E. Bullock
    Texas Bar No. 00795271
    Brian Casper
    State Bar No. 24075563
    CANTEY HANGER, LLP
    1999 Bryan St.
    Suite 3300
    Dallas, Texas 75201
    Telephone:  (214) 978-4100
    Facsimile:  (214) 978-4150
    jbullock@canteyhanger.com
    bcasper@canteyhanger.com

    *Attorneys for Relators*

## CERTIFICATE OF COMPLIANCE

On January 12, 2015, pursuant to Texas Rule of Appellate Procedure 52.10, I notified Respondent, the Real Party in Interest, and the other parties who appeared in the underlying matter, that this motion was being filed. At the same time, as a convenience for the Court of Appeals and a courtesy to the parties, I also inquired whether there was any opposition to the relief sought by this motion; neither Respondent nor the Real Party in Interest (nor any of the other parties who appeared in the underlying matter) replied.

Dated: January 13, 2015                                  */s/ Jim E. Bullock*
                                                                   Attorney Certifying

## CERTIFICATE OF SERVICE

The undersigned certifies that, on this day, a copy of the foregoing was served in accordance with Texas Rules of Appellate Procedure 6.3 and 9.5, as follows:

(a)      on Respondent by and through Denise Langston, Civil Court Coordinator for the 241st District Court, via e-mail to dlangston@smith-county.com and via certified mail;

(b)      on Robert H. Patterson, Jr., the real party in interest, by and through his counsel of record in the underlying action, Mary C. Burdette (via e-mail to mburdette@cnbwlaw.com) and Brandy Baxter-Thompson (via e-mail to bbthompson@cnbwlaw.com) of CALLOWAY, NORRIS, BURDETTE & WEBER, PLLC, and Richard H. Lottmann (via e-mail to Richard@allenlottmann.com) and Gregory T. Kimmel (via e-mail to Greg@allenlottmann.com) of ALLEN♦LOTTMANN♦KIMMEL, P.C., as well as via certified mail sent to CALLOWAY, NORRIS, BURDETTE & WEBER, PLLC, Attn: Mary C. Burdette, 3811 Turtle Creek Blvd., Suite 400, Dallas, Texas 75219, and to ALLEN♦LOTTMANN♦KIMMEL, P.C., Attn: Richard Lottmann, 3805 Old Bullard Road, Tyler, Texas 75701;

and that courtesy copies were served on the other parties who have appeared in the underlying matter as follows:

(c)     on Nina Ruth Patterson Harris by and through her counsel of record in the underlying action, Deron R. Dacus (via e-mail to DDacus@dacusfirm.com) of THE DACUS FIRM, P.C.; and

(d)     on Dean Bailey by and through his counsel of record in the underlying action, David M. Pruessner (via e-mail to DPruessner@higierallen.com) of HIGIER ALLEN & LAUTIN, P.C.

Dated:  January 13, 2015                           */s/ Jim E. Bullock*
                                                      Attorney Certifying